WILLIAM WERNER, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Appeal — judgment of modification.*

Reported below, 189 App. Div. 910.

(Submitted June 1, 1920; decided June 8, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and that the modification was not of such a nature as to warrant the appeal under subdivision 1 of section 190 of the Code of Civil Procedure.

*Jeremiah T. Mahoney* and *J. Archer Hodge* for motion.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien* of counsel), opposed.

Motion denied, with ten dollars costs.